UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTNEY BIEHNER,

               Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

               Defendants.

19-cv-9646 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended complaint by **March 13, 2020**. The defendant may move or answer by **April 3, 2020**.

If the defendant makes a motion, the plaintiff may respond by **April 24, 2020**. The defendant may reply by **May 8, 2020**. No further pre-conference motion is required.

As discussed at the conference on February 25, 2020, counsel for the City of New York shall provide an updated address for the defendant Steve Traversiere. The plaintiff should ensure that Mr. Traversiere is served at this new address.

SO ORDERED.

Dated:    New York, New York
           February 25, 2020

                                              John G. Koeltl
                                   United States District Judge