UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

| | |
|---|---|
| BRITTNEY BIEHNER a/k/a BRITTNEY REILLY,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION; OMOTAYO CINEUS; STEVE TRAVERSIERE; and "JOHN DOE AND JANE DOE #1-100" said names being fictitious, it being the intent of Plaintiff to designate any and all individuals, officers, members, agents, servants, and/or employees of the aforementioned agencies owing a duty of care to Plaintiff, individually and jointly and severally,<br><br>Defendants. | **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>19 Civ. 9646 (JGK) |

------------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Counsel Alana R. Mildner, dated April 3, 2020, and the exhibit annexed thereto; the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, dated April 3, 2020; and upon all the papers and proceedings previously had herein, Defendants City of New York, New York City Department of Education, Omotayo Cineus, and Steve Traversiere (collectively "Defendants") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, before the Honorable John G. Koeltl, United States District Judge, at such time as the Court may deem fit to hear the parties, for a judgment, pursuant to Federal Civil Procedure Rule 12(b)(6), dismissing the Amended Complaint against Defendants and granting Defendants such other and further relief that this Court deems just and proper.

Date:    New York, New York
         April 3, 2020

**JAMES E. JOHNSON**
Corporation Counsel of the City of New York
Attorney for Defendants City of New York, New York City Department of Education, Omotayo Cineus and Steve Traversiere
100 Church Street, Room 2-146
New York, New York  10007
(212) 356-1177

By:  _____/s/_____
     Alana R. Mildner
     Assistant Corporation Counsel

**VIA ECF**
Thomas F. Liotti, Esq.
LAW OFFICES OF THOMAS F. LIOTTI, LLC
Attorneys for Plaintiff
600 Old Country Road, Suite 530
Garden City, New York 11530
(516) 794-4700

Civil Action No. 19-cv-09646 (JGK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTNEY BIEHNER a/k/a BRITTNEY REILLY,

                                                    Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION; OMOTAYO CINEUS; STEVE TRAVERSIERE; and "JOHN DOE AND JANE DOE #1-100" said names being fictitious, it being the intent of Plaintiff to designate any and all individuals, officers, members, agents, servants, and/or employees of the aforementioned agencies owing a duty of care to Plaintiff, individually and jointly and severally,

                                                    Defendants.

---

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

---

*JAMES E. JOHNSON*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-146*
*New York, New York  10007*

*Of Counsel:  Alana R. Mildner*
*                    William S.J. Fraenkel*
*Tel:  (212) 356-1177*

---

*Due and timely service is hereby admitted.*

*New York, N.Y.  ................................., 2020*

*............................................................Esq.*

*Attorney for................................................*

3