UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRITTNEY BIEHNER,

                       Plaintiff,

    -against-

CITY OF NEW YORK, ET AL.,

                       Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2021

19 CIVIL 9646 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 20, 2021, the Court has considered all of the arguments of the parties. To the extent not discussed in the Order, the arguments are either moot or without merit. For the foregoing reasons, the defendants' motion to dismiss is granted. This case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       October 21, 2021

                                               RUBY J. KRAJICK

                                               Clerk of Court

                      BY:

                                                **Deputy Clerk**