```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――
BRITTNEY BIEHNER,

                Plaintiff,

      - against -              19-cv-9646 (JGK)

CITY OF NEW YORK, ET AL.,      ORDER

               Defendants.
―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The plaintiff should refile her motion for reconsideration and reargument, to which the defendant has already replied.

    As the Clerk indicated on the docket, supporting documents must be filed separately.

SO ORDERED.

Dated:    New York, New York
           November 29, 2021

                                              John G. Koeltl
                                     United States District Judge